cc: HG/ps

Name and Prisoner/Booking Number: PHILLIP DUGAN A4007899

Place of Confinement: MAUI COMMUNITY CENTER CORRECTIONAL

Mailing Address: 600 WAIALE DR.

City, State, Zip Code: WAILUKU, HI 96793

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 26 2007

at 1 o'clock and 55 min P M
SUE BEITIA, CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF HAWAII

(Full Name of Plaintiff): PHILLIP DUGAN

Plaintiff,

vs.

(Full Name of Each Defendant):
CARSON F. TANI
PROSECUTOR, MAUI COUNTY
MAUI COMMUNITY CORRECTIONAL
CENTER; NICK KRAU, (OFFICER)
MAUI POLICE DEPARTMENT
DETECTIVE MARK KAHAHA

Defendant(s).

CASE NO. CV07-00216 HG KSC
(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT
BY A PRISONER**
JURY TRIAL DEMANDED

☒ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   a. ☒ 28 U.S.C. § 1343(a)(3); 42 U.S.C. § 1983
   b. ☒ 28 U.S.C. § 1331; <u>Bivens v. Six Unknown Federal Narcotics Agents</u>, 403 U.S. 388 (1971).
   c. ☒ Other: (Please specify.) NO RELIEF FROM GRIEVANCES AND UNSTEEL/DANGEROUS ENVIRONMENT...

2. Name of Plaintiff: PHILLIP DUGAN
   Present mailing address: 600 WAIALE DR. WAILUKU, HI 96793
   (Failure to notify the Court of your change of address may result in dismissal of this action.)
   Institution/city where violation occurred: M.C.C.C. & MAUI POLICE DEPARTMENT WAILUKU, HI.

Revised 4/14/05

1

550/555

3. Name of first Defendant: CARSON F. TANI. The first Defendant is employed as: PROSECUTING ATTORNEY at MAUI COUNTY.
   (Position and Title) (Institution)

The first Defendant is sued in his/her: ☒ individual capacity ☒ official capacity (check one or both).
Explain how the first Defendant was acting under color of law: AS A PROSECUTING ATTORNEY, HE REFUSED TO FILE CHARGES ON AN ASSAULT (WITH WEAPON) AND MOTORCYCLE THEFT.

4. Name of second Defendant: MAUI COMMUNITY CORRECTIONAL CENTER. The second Defendant is employed as: WARDEN ALAN NOCHI at M.C.C.C.
   (Position and Title) (Institution)

The second Defendant is sued in his/her: ☐ individual capacity ☒ official capacity (check one or both).
Explain how the second Defendant was acting under color of law: FOLLOWING FABRICATED CHARGES — I.E. MITTIMUS — WARRANT OF COMMITMENT TO JAIL.

5. Name of third Defendant: NICK KRAU. The third Defendant is employed as: OFFICER at MAUI POLICE DEPARTMENT.
   (Position and Title) (Institution)

The third Defendant is sued in his/her: ☒ individual capacity ☒ official capacity (check one or both).
Explain how the third Defendant was acting under color of law: MANY FALSE ARRESTS TO WIT— HELPED STEAL MOTORCYCLE BY WRONGFUL ASSISTED "REPOSSESSION" THEFT OF MOTORCYCLE THROUGH FABRICATED ARREST/BY FORCE. ALLEDGED.

6. Name of fourth Defendant: DET. MARK KAHAHA. The fourth Defendant is employed as: DETECTIVE/OFFICER at MAUI POLICE DEPARTMENT.
   (Position and Title) (Institution)

The fourth Defendant is sued in his/her: ☒ individual capacity ☒ official capacity (check one or both).
Explain how the fourth Defendant was acting under color of law: HAD MOTOR VEHICLE DEPARTMENT CHANGE VEHICLE TITLE, REFUSED TO FILE ASSAULT CHARGES / THEFT OF MOTORCYCLE THROUGH FORCE.

(If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.)

## B. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?   ☐ Yes   ☒ No

2. If your answer is "yes," how many lawsuits have you filed? 0. Describe the previous lawsuits in the spaces provided below.

3. First prior lawsuit:
   a. Parties to previous lawsuit:
      Plaintiff: N/A
      Defendants: _____

2

b. Court: (If federal court, identify the district; if state court, identify the county.) N/A

c. Case or docket number: _____
d. Claims raised: _____

e. Disposition: (For example: Was the case dismissed? Was it appealed? Is it still pending?) _____

f. Approximate date lawsuit was filed: _____
g. Approximate date of disposition: _____

4. Second prior lawsuit:
   a. Parties to previous lawsuit:        N/A
      Plaintiff: _____
      Defendants: _____

   b. Court: (If federal court, identify the district; if state court, identify the county.) _____

   c. Case or docket number: _____
   d. Claims raised: _____

   e. Disposition: (For example: Was the case dismissed? Was it appealed? Is it still pending?) _____

   f. Approximate date lawsuit was filed: _____
   g. Approximate date of disposition: _____

5. Third prior lawsuit:
   a. Parties to previous lawsuit:        N/A
      Plaintiff: _____
      Defendants: _____

   b. Court: (If federal court, identify the district; if state court, identify the county.) _____

   c. Case or docket number: _____
   d. Claims raised: _____

   e. Disposition: (For example: Was the case dismissed? Was it appealed? Is it still pending?) _____

   f. Approximate date lawsuit was filed: _____
   g. Approximate date of disposition: _____

**(If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.)**

b. Court: (If federal court, identify the district; if state court, identify the county.) N/A

c. Case or docket number: _____
d. Claims raised: _____

e. Disposition: (For example: Was the case dismissed? Was it appealed? Is it still pending?) _____

f. Approximate date lawsuit was filed: _____
g. Approximate date of disposition: _____

4. Second prior lawsuit:
   a. Parties to previous lawsuit:     N/A
      Plaintiff: _____
      Defendants: _____

   b. Court: (If federal court, identify the district; if state court, identify the county.) _____

   c. Case or docket number: _____
   d. Claims raised: _____

   e. Disposition: (For example: Was the case dismissed? Was it appealed? Is it still pending?) _____

   f. Approximate date lawsuit was filed: _____
   g. Approximate date of disposition: _____

5. Third prior lawsuit:
   a. Parties to previous lawsuit:     N/A
      Plaintiff: _____
      Defendants: _____

   b. Court: (If federal court, identify the district; if state court, identify the county.) _____

   c. Case or docket number: _____
   d. Claims raised: _____

   e. Disposition: (For example: Was the case dismissed? Was it appealed? Is it still pending?) _____

   f. Approximate date lawsuit was filed: _____
   g. Approximate date of disposition: _____

**(If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.)**

## C. CAUSE OF ACTION

### COUNT I

1. The following constitutional or other federal civil right has been violated by the Defendant(s): _FALSE ARREST, FALSE IMPRISONMENT, FAILURE TO PROSECUTE, FAILURE TO ARREST ASSAULT PERPETRATORS —_

2. Count I involves: (Check only one; if your claim involves more than one issue, each issue should be stated in a different count)
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☒ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts:** (State as briefly as possible the FACTS supporting Count I. Describe exactly what each Defendant did or did not do to violate your rights. State the facts clearly in your own words without citing legal authority or arguments).

   I WAS ATTACKED WITH A "TOWCHAIN" IN AN ALLEDGED REPO-ATTEMPT. TITLE WAS TAKEN, NO CHARGES FILED, ARRESTS ECT... LATER MY HARLEY DAVIDSON MOTORCYCLE WHICH I OWNED WAS TAKEN BY FORCE BY NICK KRAU, MARK KAHAHA LATER HAD MOTOR VEHICAL DEPARTMENT LATER HAD CHANGE MY TITLE SO MOTORCYCLE REFLECTED BEING ENCUMBERED I TOLD CARSON F. TAMS THIS, AFTER I HAD BEEN ALLOVER ISLAND TRYING TO GET CHARGES FILED (ASSAULT "BIKE THEFT", TITLE CHANGE ECT... NO AVAIL. INSTEAD HE ARRESTED/CHARGED myself WITH CRIMES PERTAINING TO FORSAED EVENTS, BY GRANDJURY INDICTMENT,

4. **Injury:** (State how you have been injured by the actions or inactions of the Defendant(s)).
   Bodily (FROM ASSAULT) MENTALLY BY VINDICTIVE PROSECUTION PROSECUTORIAL MISCONDUCT RESULTING IN MORE ASSAULTS, FALSE ARRESTS, FALSE IMPRISONMENTS UNLAWFUL CONFINEMENT. CONTINUING — CHARGES FABRICATED TO SECURE SUPPORT THEIR POSISTIONS,

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?   ☒ Yes   ☐ No
   b. Did you submit a request for administrative relief on Count I?   ☒ Yes   ☐ No
   c. Did you appeal your request for relief on Count I to the highest level?   ☒ Yes   ☒ No
   d. If you did not submit or appeal a request for administrative relief to the highest level, briefly explain why you did not.   _HEALTH, THREATS, LOCATION, COURTS continued ASSAULTS ON PERSON FEAR OF LOSS OF LIFE AND Freedom_

4

## COUNT II

1. The following constitutional or other federal civil right has been violated by the Defendant(s): CONTINUED THREATS TO LIFE, FREEDOM ASSAULTS ON PERSON/MYSELF BECAUSE OF CONTINUED UNLAWFUL CONFINEMENT, FABRICATED CHARGES, ECT...

2. Count II involves: (Check **only one**; if your claim involves more than one issue, each issue should be stated in a different count)
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☒ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts:** (State as briefly as possible the FACTS supporting Count II. Describe exactly what each Defendant did or did not do to violate your rights. State the facts clearly in your own words without citing legal authority or arguments).

   WHILE IN CUSTODY, AFTER LEAVING ISLAND BY FORCE AND THREATS TO LIFE, I WAS TAKEN BACK TO MAUI FROM STATE OF WASHINGTON (DID NOT FIGHT EXTRADITION) TO SHOW GOOD FAITH IN WANTING TO ADDRESS FALSE ALLEGATIONS AND TO PERHAPS GET SOME RELIEF. WRONG CHOICE, ARRESTED 3-9-07 WHILE IN CUSTODY FOR HI IN WASHINGTON STATE, ASSAULTED BY STAFF - C.O. MOUNTS RESULT LOSS OF MOLAR (TOOTH) TRANSPORTED TO WAILUKU JAIL - VISIT BY NICK KRAU TOLD "WELCOME BACK TO MAUI!" ASSAULTED TASED BY SGT. WHO LET HIM VISIT, FOR REFUSING TO LEAVE SECURITE OF HOLDING CELL...

4. **Injury:** (State how you have been injured by the actions or inactions of the Defendant(s)).
   TASED TWICE IN HOLDING CELL LOSS OF BLADDER CONTROL FORCED TO CRAWL DOWN HALLWAY WITH PRONGS STILL ATTACHED, INTIMIDATION BEFORE FROM NICK KRAU M.P.O. - HAD TO WHERE SOILED CLOTHING NO SHOWER FOR 48 HRS.

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes ☐ No
   b. Did you submit a request for administrative relief on Count II? ☒ Yes ☐ No
   c. Did you appeal your request for relief on Count II to the highest level? ☒ Yes ☒ No
   d. If you did not submit or appeal a request for administrative relief to the highest level, briefly explain why you did not. STILL HERE WANT TO SURVIVE STAY CONTACTED MARK AU OMBUDSMAN WHO IS INVESTIGATING PROSECUTOR. CARSON F. TAHI AS PER PHONE CALL FROM HIM TO ME TODAY 4/17/07

5

## COUNT III

1. The following constitutional or other federal civil right has been violated by the Defendant(s): ASSAULT RESULTING IN TASER BEING USED - UNLAWFUL CONFINEMENT EXCESSIVE BAIL TO FORCE CONFINEMENT, MALICE, CONTINUED RETALITORIE ACTIONS TAKEN PLACE. PLEASE HELP!

2. Count III involves: (Check **only one**; if your claim involves more than one issue, each issue should be stated in a different count)
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☒ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts:** (State as briefly as possible the FACTS supporting Count III. Describe exactly what each Defendant did or did not do to violate your rights. State the facts clearly in your own words without citing legal authority or arguments).
   OFFICER 3-25-07 AFTER INTIMIDATING VISIT FROM NICK KRAU, WAS TASED TWICE FOR REFUSING TO LEAVE SAFTEY OF HOLDING CELL, HEALTH ISSUES - SCARED, THREATENED - CAN'T GET RELIEF FROM COURTS YET - TO DATE, BEEN FORCED TO Proceed Pro-se CANNOT SECURE EFFECTIVE COUNCIL ON MAUI TO HELP WITH ALL ISSUES IN FEAR OF MORE RETALIATION, VINDICTIVE PROSECUTION, WRATH OF PROSECUTORS OFFICE, WRATH OF MAUI POLICE DEPARTMENT, WRATH OF "RELATED" A.C.O's WHILE IN CUSTODY HERE.. SMALL ISLAND PEOPLE RELATED ETC...

4. **Injury:** (State how you have been injured by the actions or inactions of the Defendant(s)).
   ASSAULTED IN MOD "A" / NOW AD-SEG STATUS WAS STRUCK TWICE BY UNKNOWN INMATE WHO WAS "INDUCED" TO ATTACK FOR NO APPARANT REASON --

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?   ☒ Yes   ☐ No
   b. Did you submit a request for administrative relief on Count III?   ☒ Yes   ☐ No
   c. Did you appeal your request for relief on Count III to the highest level?   ☒ Yes   ☒ No
   d. If you did not submit or appeal a request for administrative relief to the highest level, briefly explain why you did not. DURESS, FEAR, ONGOING LEGAL, AND ASSAULTIVE ENVIRONMENT... WAS MOVED OUT OF "HOLE" TO MOD C - STATUS AD-SEG.

(**If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page.**)

## D. REQUEST FOR RELIEF

State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statute

PUT IN FEDERAL CUSTODY IMEDIATLY TO INSURE LIFE, WELLBEING PRESERVED, MONITARY RELIEF IN THE SUM OF $10,000,000 FOR ALL LOSS'ES INCURED. IF FOUND/CONVICTED ON ANY OF FABRICATED CHARGES TRANSPORTATION TO WASHINGTON STATE TO SAFE FACILITIE. CHANGE OF VENUE RECUSE OF JUDGE SHACKLY RAFFETTO, CHARGES (JUDICIAL MISCONDUCT) TO BE ADDRESSED ON OAHU — MAUI TO HOSTEL CORRUPT, DANGEROUS TO LIFE, CANNOT RECIEVE "FAIR" ENTERTAINMENT OF ANYTHING HERE... PLEASE HELP!

I declare under penalty of perjury that the foregoing is true and correct. ABSOULUTLY! EMERGENCY IN FEAR OF RETALIATION LOSS OF LIFE!

Executed on __4/17/07__
DATE

_____Phil Dugan PRO-SE_____
SIGNATURE OF PLAINTIFF

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If needed, you may attach no more than fifteen additional pages. The form, however, must be completely filled in to the extent applicable.

7